No. D–806.   IN RE DISBARMENT OF BIAGGI.   It is ordered that Richard Mario Biaggi, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–807.   IN RE DISBARMENT OF CALLY.   It is ordered that James J. Cally, of Flushing, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–808.   IN RE DISBARMENT OF ADDAMS.   It is ordered that Nicholas A. Addams, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–809.   IN RE DISBARMENT OF EHRLICH.   It is ordered that Bernard Gordon Ehrlich, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–810.   IN RE DISBARMENT OF SIMON.   It is ordered that Stanley Simon, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–1955.   LEWIS, COMPTROLLER OF THE STATE OF FLORIDA v. CONTINENTAL BANK CORP. ET AL.   C. A. 11th Cir. [Probable jurisdiction noted, 490 U. S. 1097.]   Motion of appellant for divided argument denied.

No. 87–1979.   CHESAPEAKE & OHIO RAILWAY CO. v. SCHWALB ET AL.; and
No. 88–127.   NORFOLK & WESTERN RAILWAY CO. v. GOODE. Sup. Ct. Va.   [Certiorari granted, 489 U. S. 1009.]   Motion of the Solicitor General to permit Christine Desan Husson, Esq., to present oral argument pro haç vice, as amicus curiae, granted.